# Tavenner & Beran, PLC
### Attorneys at Law

| David N. Tabakin<br>dtabakin@tb-lawfirm.com | 20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Facsimile: (804) 783-0178 | File Number: 02202-067 |
|---|---|---|

June 17, 2020

*VIA ELECTRONIC DELIVERY*
William C. Redden, Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

  **Re:**  **Tavenner v. HMR Funding, Inc.**
     **Lead Bankruptcy Case No. 19-34574-KRH**
     **Adversary Case No. 20-03052-KRH**

Dear Mr. Redden:

  I am writing to request that you issue an alias summons in relation to the complaint in the above-referenced adversary case.

  Should you have any questions or concerns, please do not hesitate to call me. Thank you for your assistance in this regard.

            Very truly yours,

            */s/ David N. Tabakin*
            David N. Tabakin


cc: LLT